IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JADEN RASHADA,

    Plaintiff,

v.                        Case No.: 3:24-cv-00219-MCR-HTC

HUGH HATHCOCK, WILLIAM
"BILLY" NAPIER, MARCUS
CASTRO-WALKER, AND VELOCITY
AUTOMATIC SOLUTIONS, LLC

    Defendants.
_____/

**UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR DEFENDANT
HUGH HATHCOCK TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, HUGH HATHCOCK ("Hathcock"), moves for an enlargement of time to serve his response to Plaintiff's Complaint and states as follows:

1. Hathcock was served with the Summons and Complaint on the evening of Wednesday, May 29, 2024, which requires his response to the Complaint to be filed no later than June 19, 2024.

2. Two of the defendants, William "Billy" Napier ("Napier") and Marcus Castro-Walker ("Castro-Walker"), through their respective attorneys, coordinated a waiver of service of process with the cooperation of Plaintiff's counsel and secured

the additional time to respond to the Complaint consistent with a waiving service of process.

3. Hathcock requests an extension of time until July 23, 2024, to respond to Plaintiff's Complaint. This is the same date that Napier's response to the Complaint is due consistent with the enlargement of time for waiving service of process. Good cause exists for the agreed extension because Hathcock and his counsel need the additional time to investigate Plaintiff's Complaint, obtain and assess necessary information, and prepare a responsive pleading.

4. Additionally, counsel for Hathcock has communicated with Plaintiff's counsel via telephone and e-mail on Friday, May 31, 2024, and Plaintiff's counsel has confirmed that they agree to an extension of time for Hathcock to answer or otherwise respond to Plaintiff's Complaint on or before July 23, 2024.

5. The requested extension of time will not affect any of the other deadlines or prejudice any other party in this case in light of the enlarged response deadlines for other defendants pursuant to the waiver of service of process.

WHEREFORE, Defendant, HUGH HATHCOCK, respectfully requests that the Court grant this Motion and enlarge the deadline for Hathcock to answer or otherwise respond to Plaintiff's Complaint by **July 23, 2024**, and enter any other relief the Court deems appropriate.

*/s/ Jason W. Peterson*
**JASON W. PETERSON**
Florida Bar No.: 174701
**JEREMY C. BRANNING**
Florida Bar No.: 507016
**DOUGLAS A. BATES**
Florida Bar No.: 791431
**ANDREW M. SPENCER**
Florida Bar No.: 119966
CLARK PARTINGTON
125 E. Intendencia Street
Pensacola, FL  32502
Phone: (850) 434-9200;
P/E: jpeterson@clarkpartington.com
P/E: jbranning@clarkpartington.com
P/E: dbates@clarkpartington.com
P/E: aspencer@clarkpartington.com
S/E: cbmoore@clarkpartington.com
S/E: pmimperial@clarkpartington.com
S/E: bwilkerson@clarkpartington.com
S/E: jdallman@clarkpartington.com
S/E: svierth@clarkpartington.com

**KEITH L. BELL, Jr.**
Florida Bar No.: 573809
**TREVOR A. THOMPSON**
Florida Bar No.: 68006
**BAILEY HOWARD**
Florida Bar No.: 1002258
CLARK PARTINGTON
215 South Monroe Street, Suite 530
Tallahassee, FL 32301
Phone: (850) 497-7483;
P/E: kbell@clarkpartington.com
P/E: tthompson@clarkpartington.com
P/E: bhoward@clarkpartington.com

*Attorneys for Defendant, Hugh Hathcock*

3

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

I HEREBY CERTIFY that I complied with the attorney-conference requirement of Local Rule 7.1(B) and conferred with Plaintiff's counsel on May 31, 2024 via telephone and electronic mail. Plaintiff consents to the relief sought in this Motion.

*/s/ Jason W. Peterson*
**JASON W. PETERSON**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court and furnished electronically all counsel of record via CM/ECF E-Filing on this 4th day of June, 2024:

*/s/ Jason W. Peterson*
**JASON W. PETERSON**