UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
CASE NO. 3:24-CV-219-MCR-HTC

JADEN RASHADA,

    Plaintiff,

v.

VELOCITY AUTOMOTIVE
SOLUTIONS, LLC, *et al.*

    Defendants.

_____/

## AMENDED JOINT STIPULATION REQUESTING APPROVAL OF AGREED BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Plaintiff Jaden Rashada ("Plaintiff") and Defendants Hugh Hathcock, William Napier, Marcus Castro-Walker, and Velocity Automotive Solutions, LLC ("Defendants," and with Plaintiff, the "Parties") submit this Amended Joint Stipulation Requesting Approval of Agreed Briefing Schedule in Response to Plaintiff's First Amended Complaint (the "Stipulation"), pursuant to Fed. R. Civ. P. 6(b)(1)(A) and N.D. Fla. Local Rule 6.1, and request this Court to approve the extensions of time proposed in this Stipulation:

1.    On August 13, 2024, Plaintiff filed his First Amended Complaint ("FAC"). [ECF No. 37].

2. Pursuant to the Court's Order Granting the Parties' previous Joint Stipulation Requesting Approval of Agreed Briefing Schedule in Response to Plaintiff's First Amended Complaint ("Briefing Schedule Order") [ECF No. 42], Defendants' responses to the FAC are due on September 13, 2024. Additionally, pursuant to the Briefing Schedule Order, Plaintiff's responses to any dispositive motions would be due on or before October 14, 2024.

3. In light of the complexity of the issues involved and the anticipated nature of the briefing necessary in dispositive motions and responses thereto, the Parties request that the Court approve extending the deadlines in the Briefing Schedule Order by an additional two weeks. Accordingly, Defendants' Responses to Plaintiff's FAC would be due on September 27, 2024, and Plaintiff's responses to any dispositive motions filed by Defendants would be due on October 28, 2024.

4. This request for extension of time is sought by all Parties in order to (i) allow Defendants sufficient time to evaluate the additional information in the FAC, (ii) allow counsel to confer with their respective clients and prepare and file their respective responses, and (iii) permit Plaintiff and his counsel sufficient time to do the same following receipt of each defendant's response to the FAC. There will be no prejudice to the Parties as a result of this stipulated extension, no material delay of the progress of this case, and no impact on any other deadlines.

Dated: September 10, 2024            Respectfully submitted,

| */s/ Joshua M. Mandel* | */s/ David A. Paul* |
|---|---|
| **JOSEPH MAMOUNAS, ESQ.** <br> Florida Bar No. 41517 <br> mamounasj@gtlaw.com <br> **JOSHUA M. MANDEL, ESQ.** <br> Florida Bar No. 1031396 <br> mandelj@gtlaw.com <br> **GABRIEL A. DIAZ, ESQ.** <br> Florida Bar. No. 1030750 <br> gabriel.diaz@gtlaw.com <br> GREENBERG TRAURIG, P.A. <br> 333 S.E. 2ND Avenue, Suite 4100 <br> Miami, FL 33131 <br> *Counsel for Defendant Velocity Automotive Solutions, LLC* | **DAVID A. PAUL, ESQ.** <br> Florida Bar No. 21385 <br> PAUL \| KNOPF \| BIGGER <br> 1560 N. Orange Avenue, Suite 300 <br> Winter Park, Florida 32789 <br> Primary: Dave@pkblawfirm.com <br> Secondary: abla@pkblawfirm.com <br> -and- <br> **RUSTY HARDIN, ESQ.** <br> Attorney in Charge <br> Texas State Bar No. 08972800 <br> *Admitted Pro Hac Vice* <br> **DANIEL DUTKO, ESQ.** <br> Texas State Bar No. 24054206 <br> *Admitted Pro Hac Vice* <br> **JOHN MACVANE, ESQ.** <br> Texas State Bar No. 24085444 <br> *Admitted Pro Hac Vice* <br> **LEAH GRAHAM, ESQ.** <br> Texas State Bar No. 24073454 <br> *Admitted Pro Hac Vice* <br> **KENDALL SPEER, ESQ.** <br> Texas State Bar No. 24077954 <br> *Admitted Pro Hac Vice* <br> 1401 McKinney Street, Suite 2250 <br> Houston, Texas 77010 <br> rhardin@rustyhardin.com <br> ddutko@rustyhardin.com <br> jmacvane@rustyhardin.com <br> lgraham@rustyhardin.com <br> kspeer@rustyhardin.com <br> *Counsel for Plaintiff, Jaden Rashada* |

| | |
|---|---|
| */s/Henry M. Coxe, III*<br>**HENRY M. COXE, III, ESQ.**<br>Florida Bar No. 155193<br>hmc@bedellfirm.com<br>**MICHAEL E. LOCKAMY, ESQ.**<br>Florida Bar No. 69626<br>mel@bedellfirm.com<br>**R. TROY SMITH, ESQ.**<br>Florida Bar. No. 485519<br>rts@bedellfirm.com<br>BEDELL, DITTMAR, DeVAULT,<br>PILLANS & COXE<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, FL 32202<br>*Counsel for Defendant, William Napier* | */s/ Jason W. Peterson*<br>**JASON W. PETERSON, ESQ.**<br>Florida Bar No. 174701<br>**JEREMY C. BRANNING, ESQ.**<br>Florida Bar No.: 507016<br>**DOUGLAS A. BATES, ESQ.**<br>Florida Bar No.: 791431<br>**ANDREW M. SPENCER, ESQ.**<br>Florida Bar No.: 119966<br>CLARK PARTINGTON<br>125 E. Intendencia Street<br>Pensacola, FL 32502<br>P/E: jpeterson@clarkpartington.com<br>P/E: jbranning@clarkpartington.com<br>P/E: dbates@clarkpartington.com<br>P/E: aspencer@clarkpartington.com<br>*Counsel for Defendant, Hugh Hathcock* |
| */s/ Halley B. Lewis*<br>**HALLEY B. LEWIS, III, ESQ.**<br>Florida Bar No. 0915742<br>hal@wrongfullyinjured.com<br>angela@wrongfullyinjured.com<br>FONVIELLE, LEWIS, MESSER &<br>MCCONNAUGHHAY<br>3375 Capital Circle NE, Building A<br>Tallahassee, FL 32308<br>*Counsel for Defendant, Marcus Castro-Walker* | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of September, 2024, the foregoing was filed electronically and notification of this filing is to be provided to counsel of record by the Court's ECF filing system.

*/s/ Joshua M. Mandel*
JOSHUA M. MANDEL
