# EXHIBIT B

**Defendants' Proposed Case Schedule**

| Event | |
|---|---|
| Defendants' Answer to the Second Amended Complaint | May 7, 2025 |
| Initial Disclosures | May 21, 2025 |
| Join Parties / Amend Pleadings | May 1, 2026 |
| Plaintiff's Expert Disclosures | July 1, 2026 |
| Defendants' Expert Disclosures | August 7, 2026 |
| Plaintiff's Rebuttal Reports | September 4, 2026 |
| Discovery Deadline | **October 1, 2026** |
| Mediation Deadline | October 1, 2026 |
| Expert Discovery Deadline | October 16, 2026 |
| Dispositive / Daubert | November 16, 2026 |
| Responses to Dispositive / Daubert | December 15, 2026 |
| Reply to Dispositive | December 29, 2026 |
| Pretrial Conference | Week of April 5, 2027 |
| Trial (2 weeks) | **April 26, 2027** |