IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JADEN RASHADA,

    Plaintiff,

v.                                                              Case No.: 3:24-cv-00219-MCR-HTC

HUGH HATHCOCK, WILLIAM
"BILLY" NAPIER, MARCUS
CASTRO-WALKER, AND VELOCITY
AUTOMOTIVE SOLUTIONS, LLC,

    Defendants.
_____/

**DEFENDANT HUGH HATHCOCK'S NOTICE OF
FILING DOCUMENT LISTS PURSUANT TO COURT ORDER**

Pursuant to Paragraph 1 of the Court's Order (Doc. 107) entered on December 10, 2025, Defendant, HUGH HATHCOCK, gives notice of filing the lists in **Exhibit 1** that identify the documents that Hathcock seeks the Court's *in camera* review of pursuant to Hathcock's Motion for *In Camera* Review and to Compel Production, originally submitted on December 8, 2025 and filed under seal on December 9, 2025.

*{signature on following page}*

1

/s/ *Andrew M. Spencer*
**JASON W. PETERSON**
Florida Bar No.: 174701
**JEREMY C. BRANNING**
Florida Bar No.: 507016
**ANDREW M. SPENCER**
Florida Bar No.: 119966
**JACOB F. BARNES**
Florida Bar No.: 1032604
CLARK PARTINGTON
125 E. Intendencia Street
Pensacola, FL 32502
Phone: (850) 434-9200;
P/E: jpeterson@clarkpartington.com
P/E: jbranning@clarkpartington.com
P/E: aspencer@clarkpartington.com
P/E: jbarnes@clarkpartington.com
S/E: pmimperial@clarkpartington.com
S/E: bwilkerson@clarkpartington.com
S/E: jdallman@clarkpartington.com
S/E: svierth@clarkpartington.com

***Attorneys for Defendant, Hugh Hathcock***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed through CM/ECF and served electronically to all counsel of record this 10th day of December, 2025.

/s/ *Andrew M. Spencer*
**ANDREW M. SPENCER**

# Exhibit 1

## Rashada Documents - Redactions

| Bates Begin | Bates End | Privilege Type(s) | MTC Exh. Ref. |
|---|---|---|---|
| RASHADA-000006 | RASHADA-000017 | Work Product | N/A |
| RASHADA-000018 | RASHADA-000023 | Unspecified | N/A |
| RASHADA-003017 | RASHADA-003027 | Confidential | N/A |
| RASHADA-003041 | RASHADA-003062 | Work Product | N/A |
| RASHADA-003094 | RASHADA-003112 | Highly Sensitive Personal Information | N/A |
| RASHADA-003152 | RASHADA-003156 | Highly Sensitive Personal Information | N/A |

## JTM Sports, LLC Documents -- Redactions

| Bates Begin | Bates End | Privilege Type(s) | MTC Exh. Ref. |
|---|---|---|---|
| JTM_000434 | JTM_000438 | Attorney-Client | Exhibit 12 |
| JTM_000509 | JTM_000523 | Work Product | Exhibit 25 |
| JTM_000674 | JTM_000676 | Confidential | N/A |
| JTM_000689 | JTM_000702 | Work Product | Exhibit 28 |
| JTM_000711 | JTM_000714 | Work Product | Exhibit 29 |
| JTM_000730 | JTM_000730 | Confidential | N/A |
| JTM_000771 | JTM_000784 | Work Product | Exhibit 32 |
| JTM_000804 | JTM_000804 | Unclear | N/A |
| JTM_000805 | JTM_000805 | Unclear | N/A |
| JTM_000811 | JTM_000816 | Attorney-Client | Exhibit 34 |
| JTM_000855 | JTM_000859 | Work Product | Exhibit 37 |
| JTM_000866 | JTM_000878 | Work Product | Exhibit 38 |
| JTM_000887 | JTM_000898 | Work Product | N/A |
| JTM_000920 | JTM_000933 | Work Product | Exhibit 39 |
| JTM_000965 | JTM_000982 | Work Product | N/A |
| JTM_001288 | JTM_001302 | Confidential | Exhibit 19 |
| JTM_001345 | JTM_001359 | Confidential | N/A |
| JTM_001489 | JTM_001493 | Highly Sensitive Personal Information | N/A |
| JTM_001495 | JTM_001507 | Attorney-Client | Exhibit 6 |
| JTM_001600 | JTM_001614 | Confidential | N/A |
| JTM_001669 | JTM_001674 | Highly Sensitive Personal Information | N/A |
| JTM_001681 | JTM_001695 | Confidential | N/A |
| JTM_001774 | JTM_001782 | Confidential | N/A |
| JTM_001884 | JTM_001889 | Confidential | N/A |
| JTM_001941 | JTM_001946 | Confidential | N/A |
| JTM_001947 | JTM_001954 | Highly Sensitive Personal Information | Exhibit 13 |
| JTM_002045 | JTM_002059 | Work Product | N/A |
| JTM_002102 | JTM_002122 | Attorney-Client, Work Product | Exhibit 26 |
| JTM_002167 | JTM_002170 | Highly Sensitive Personal Information | N/A |
| JTM_002208 | JTM_002216 | Highly Sensitive Personal Information | N/A |
| JTM_002295 | JTM_002307 | Work Product | N/A |
| JTM_002309 | JTM_002322 | Work Product | N/A |
| JTM_002330 | JTM_002347 | Work Product | N/A |

| | | | |
|---|---|---|---|
| JTM_002367 | JTM_002378 | Work Product | Exhibit 41 |
| JTM_003024 | JTM_003039 | Attorney-Client | Composite Exhibit 20 |
| JTM_003103 | JTM_003107 | Confidential | N/A |
| JTM_003111 | JTM_003129 | Attorney-Client | Composite Exhibit 23 |
| JTM_003146 | JTM_003150 | Confidential | N/A |
| JTM_003151 | JTM_003160 | Attorney-Client | N/A |
| JTM_003317 | JTM_003328 | Confidential | N/A |
| JTM_003334 | JTM_003339 | Attorney-Client, Work Product | Exhibit 27 |
| JTM_003340 | JTM_003348 | Attorney-Client, Work Product | Composite Exhibit 30 |
| JTM_003349 | JTM_003351 | Attorney-Client, Work Product | Composite Exhibit 31 |
| JTM_003369 | JTM_003373 | Work Product | N/A |
| JTM_003374 | JTM_003386 | Attorney-Client, Work Product | Composite Exhibit 35 |
| JTM_003391 | JTM_003402 | Work Product | Composite Exhibit 36 |
| JTM_003404 | JTM_003410 | Work Product | N/A |
| JTM_003413 | JTM_003418 | Confidential | N/A |
| JTM_003422 | JTM_003425 | Attorney-Client, Work Product | N/A |
| JTM_003428 | JTM_003441 | Attorney-Client, Work Product | Exhibit 40 |
| JTM_003442 | JTM_003454 | Attorney-Client, Work Product | N/A |
| JTM_004373 | JTM_004382 | Confidential | N/A |
| JTM_004463 | JTM_004465 | Attorney-Client, Work Product | N/A |
| JTM_004466 | JTM_004468 | Attorney-Client, Work Product | N/A |
| JTM_004469 | JTM_004471 | Attorney-Client, Work Product | N/A |
| JTM_004472 | JTM_004475 | Attorney-Client, Work Product | N/A |
| JTM_004476 | JTM_004479 | Attorney-Client, Work Product | N/A |
| JTM_004480 | JTM_004482 | Attorney-Client, Work Product | N/A |
| JTM_004483 | JTM_004485 | Attorney-Client, Work Product | N/A |
| JTM_004486 | JTM_004488 | Attorney-Client, Work Product | N/A |
| JTM_004489 | JTM_004492 | Attorney-Client, Work Product | N/A |
| JTM_004493 | JTM_004496 | Attorney-Client, Work Product | N/A |
| JTM_004497 | JTM_004500 | Attorney-Client, Work Product | N/A |
| JTM_004501 | JTM_004504 | Attorney-Client, Work Product | N/A |
| JTM_004505 | JTM_004509 | Attorney-Client, Work Product | N/A |
| JTM_004635 | JTM_004640 | Attorney-Client | Composite Exhibit 21 |
| JTM_004641 | JTM_004641 | Highly Sensitive Personal Information, Confidential | N/A |
| JTM_004686 | JTM_004687 | Attorney-Client, Work Product | N/A |

## JTM Sports, LLC Documents – Withheld Materials

| Priv. Log ID | Type | Custodian | Contributors | Family Date | Priv. Type |
|---|---|---|---|---|---|
| 4 | Chat | Jackson Zager | Darren Heitner, Jackson Zager | 6/26/2022 1:06 | Attorney-Client |
| 11 | Chat | Jackson Zager | Jackson Zager, Darren Heitner | 12/7/2022 17:23 | Attorney-Client, Work Product |
| 13 | Chat | Jackson Zager | Jackson Zager, Darren Heitner, +19412817373, +19545586999, Tommy Thomsen | 12/4/2022 0:57 | Attorney-Client, Work Product |
| 15 | Chat | Jackson Zager | Darren Heitner, Jackson Zager | 11/9/2022 18:47 | Attorney-Client |
| 18 | Chat | Jackson Zager | Jackson Zager, Darren Heitner | 9/16/2022 19:59 | Attorney-Client |
| 19 | Chat | Jackson Zager | Jackson Zager, Darren Heitner | 10/14/2022 15:20 | Attorney-Client |
| 20 | Chat | Jackson Zager | Jackson Zager, Darren Heitner | 12/20/2022 22:47 | Attorney-Client |
| 21 | Chat | Jackson Zager | Jackson Zager, Darren Heitner | 12/15/2022 13:40 | Attorney-Client, Work Product |
| 22 | Chat | Jackson Zager | Jackson Zager, Darren Heitner | 11/11/2022 1:24 | Attorney-Client |
| 23 | Chat | Jackson Zager | Jackson Zager, Darren Heitner | 11/10/2022 21:15 | Attorney-Client |
| 95 | Email | Jackson Zager | N/A | 11/11/2022 3:12 | Attorney-Client, Work Product |
| 101 | Email | Jackson Zager | N/A | 11/10/2022 21:03 | Attorney-Client |
| 102 | Email | Jackson Zager | N/A | 11/10/2022 21:09 | Attorney-Client |
| 105 | Email | Jackson Zager | N/A | 11/10/2022 21:09 | Attorney-Client |
| 106 | Email | Jackson Zager | N/A | 11/10/2022 18:39 | Attorney-Client |
| 107 | Email | Jackson Zager | N/A | 11/10/2022 21:08 | Attorney-Client |
| 109 | Email | Jackson Zager | N/A | 11/10/2022 18:35 | Attorney-Client |
| 110 | Email | Jackson Zager | N/A | 11/10/2022 17:00 | Attorney-Client |
| 111 | Email | Jackson Zager | N/A | 12/5/2022 19:13 | Attorney-Client |
| 113 | Email | Jackson Zager | N/A | 11/10/2022 4:13 | Attorney-Client |
| 114 | Email | Jackson Zager | N/A | 11/10/2022 3:00 | Attorney-Client |
| 115 | Email | Jackson Zager | N/A | 11/9/2022 23:06 | Attorney-Client |
| 116 | Email | Jackson Zager | N/A | 11/9/2022 23:05 | Attorney-Client |
| 117 | Email | Jackson Zager | N/A | 11/9/2022 22:37 | Attorney-Client |
| 118 | Email | Jackson Zager | N/A | 11/9/2022 22:40 | Attorney-Client |
| 119 | Email | Jackson Zager | N/A | 11/9/2022 22:43 | Attorney-Client |
| 120 | Email | Jackson Zager | N/A | 11/11/2022 3:19 | Attorney-Client |
| 123 | Email | Jackson Zager | N/A | 11/11/2022 1:40 | Attorney-Client |
| 124 | Email | Jackson Zager | N/A | 11/11/2022 0:43 | Attorney-Client |

**Darren Heitner and Heitner Legal, P.L.L.C. Documents – Withheld Materials**

| Priv. Log ID | Date | Type | Author | Recipient(s) | Priv. Type |
|---|---|---|---|---|---|
| DOC006 | 12/5/2022 | Email | Jackson Zager | Darren Heitner | Attorney-Client |
| DOC007 | 11/9/2022 | Email | Jackson Zager, Darren Heitner | Darren Heitner, Jackson Zager | Attorney-Client |
| DOC010 | 11/10/2022 | Email | Jackson Zager, Darren Heitner | Darren Heitner, Jackson Zager | Attorney-Client |
| DOC011 | 11/15/2022 | Email | Jackson Zager, Darren Heitner, Harlen Rashada, Alexis Fernandez | Darren Heitner, Jackson Zager, Others | Attorney-Client |
| DOC014 | 12/07/2022 - 02/04/2023 | Texts | Jackson Zager, Darren Heitner | Darren Heitner, Jackson Zager | Attorney-Client |
| DOC015 | 10/10/2022 - 12/07/2022 | Texts | Jackson Zager, Darren Heitner | Darren Heitner, Jackson Zager | Attorney-Client |