**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISON**

JADEN RASHADA,

    Plaintiff,

                          Case No.: 3:24-cv-219-MCR-HTC

v.

WILLIAM  "BILLY" NAPIER,
MARCUS CASTRO-WALKER,
HUGH HATHCOCK, and
VELOCITY AUTOMOTIVE
SOLUTIONS, LLC,

    Defendants.
_____/

## MEDIATION REPORT

    A mediation conference was conducted on February 10, 2026.  The mediation conference resulted in a **SETTLEMENT**.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 17th day of February, 2026, a true and correct copy of this Mediation Report was delivered via the Florida E-portal to the following:

| | |
|---|---|
| Mr. Jason W. Peterson | Mr. Rusty Hardin |
| Mr. Jeremy C. Branning | Mr. Joe Roden |
| Mr. Jacob F. Barnes | Mr. Daniel Dutko |
| | Mr. John MacVane |
| | Ms. Leah Graham |
| Clark Partington, P.A. | Ms. Kendall Speer |

125 E. Intendencia Street
Pensacola, FL 32502
Email: jpeterson@clarkpartington.com
jbranning@clarkpartington.com

Mr. Joseph Mamounas
Mr. Joshua M. Mandel
Mr. Gabriel A. Diaz
Mr. Austin H. Price
Mr. Michael A. Abrams-Dyer
Greenberg Traurig, P.A.
333 SE 2nd Avenue
Suite 4400 Miami, FL 33131
Email: mamounasj@gtlaw.com
mandelj@gtlaw.com
gabriel.diaz@gtlaw.com
austin.price@gtlaw.com
michael.abramsdyer@gtlaw.com
anelis.sanchez@gtlaw.com
michelle.cruz@gtlaw.com

Mr. Gary L. Printy
Printy & Prtinty
1804 Miccosukee Commons Drive
Suite 200
Tallahassee, FL 32308
Email: attygaryprinty@gmail.com

Mr. Terry D. Kernell
Ms. Megan C. Moore
Rusty Hardin & Associates, LLP
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Email: rhardin@rustyhardin.com
jroden@rustyhardin.com
ddutko@rustyhardin.com
jmacvane@rustyhardin.com
lgraham@rustyhardin.com
kspeer@rustyhardin.com
lriley@rustyhardin.com
scampbell@rustyhardin.com
mlieng@rustyhardin.com
tmcintyre@rustyhardin.com
jayers@rustyhardin.com
mmoore@rustyhardin.com
tkernell@rustyhardin.com
sdominguez@rustyhardin.com
cgibson@rustyhardin.com
sxmartinez@rustyhardin.com

Mr. David A. Paul
Paul Trial Group
1560 North Orange Avenue, Suite 300
Winter Park, Florida 32789
Email: dave@paultrialgroup.com
kelly@paultrialgroup.com

Mr. Henry M. Coxe, III
Mr. Michael E. Lockamy
Mr. R. Troy Smith
Mr. John Gabriel Woodlee
Bedell, Dittmar, Devault, Pinnans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Email: hmc@bedellfirm.com
mel@bedellfirm.com

rts@bedellfirm.com
aub@bedellfirm.com
mam@bedellfirm.com
gad@bedellfirm.com
jsg@bedellfirm.com
jgw@bedellfirm.com

*/s/ Michelle Anchors*
**Michelle Anchors**
Mediator No.: 35456 R
Florida Bar No.: 932272
AnchorsGordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, Florida 32547
Phone: 850-863-1974
Fax: 850-863-1591
Email:  manchors@anchorsgordon.com
          sheri@anchorsgordon.com